UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHMUEL HERZFELD, | ) |
| Plaintiff, | ) Case No. 1:24-cv-01272-TJK |
| v. | ) |
| HAZAMI BARMADA et al., | ) |
| Defendants. | ) |

**NOTICE OF OCCURRENCE IN OTHER PROCEEDINGS**

This Court has before it several motions and briefs (Dkts. 27, 30, 32-35) in which the parties have referred to proceedings in the Superior Court of the District of Columbia captioned: *Rokhvand v. Herzfeld*, No. 2024 ASO 451 (D.C. Super. Ct.) and *Barmada v. Herzfeld*, No. 2024 ASO 452 (D.C. Super. Ct.). *See* Dkt. 27-1 at 1, 4-5; Dkt. 30 at 4, 10; *see also generally* Dkts. 32-35. Yesterday, Judge McCabe, who has presided over those matters, issued the attached Order. *See* Attachment A. Among other things, the decision includes Judge McCabe's findings, following a three-day trial, on some of the events that are also at issue in this case. Because the parties have made reference to those proceedings in some of their submissions to this Court, Plaintiff, Rabbi Shmuel Herzfeld, respectfully submits that Order as Attachment A.

1

Dated: February 19, 2025

Respectfully submitted,

*/s/ Robert P. Parker*
Robert P. Parker (DC Bar # 404066)
Steven Lieberman (DC Bar # 439783)
Nicole M. DeAbrantes (DC Bar # 1049039)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
901 New York Avenue, N.W., Suite 900 East
Washington, DC 20001
Tel: (202) 783-6040
Fax: (202) 783-6031
Emails: rparker@rfem.com
slieberman@rfem.com
ndeabrantes@rfem.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of February, 2025, a true and correct copy of the foregoing **NOTICE OF OCCURRENCE IN OTHER PROCEEDINGS** was served by electronic mail on the following counsel of record for Defendants Hazami Barmada and Atefeh Rokhvand:

George R. A. Doumar
Daniel R. Hernandez
Mahdavi Bacon Halfhill & Young PLLC
1530 Wilson Blvd., Suite 1060
Arlington, VA 22209
Telephone: (703) 352-1300
Emails: gdoumar@doumarmartin.com
dhernandez@doumarmartin.com


Sam W. Burgan
Burgan & Associates, P.C.
Rock Spring Professional Center
5673 Columbia Pike, Suite 201
Falls Church, VA 22041-2869
Telephone: (703) 575 8810
Facsimile: (703) 575 8054
Email: sburgan@BurganLaw.com


Asim Humayun
Mohammadi & Humayun, LLC
200 A Monroe St., Suite 215
Rockville, MD 20850
Telephone: (301) 800-0880
Email: ah@mhlegalteam.com


/s/ Erik van Leeuwen
Erik van Leeuwen
Rothwell, Figg, Ernst & Manbeck, P.C.